UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS JOHN HEYDEN, | Case No. 3:24-cv-00600-ART-CLB |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| MINERAL COUNTY DETENTION FACILITY, et al., | |
| Defendants | |

On December 30, 2024, pro se plaintiff Thomas John Heyden, an inmate housed at the Mineral County Detention Facility, submitted a complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). There are a couple of errors with Plaintiff's filing. First, Plaintiff did not pay the full $405 filing fee for this matter or file a complete application to proceed *in forma pauperis* on this Court's approved form. (*See* ECF No. 1). Second, Plaintiff's complaint appears to be deficient. (*See* ECF No. 1-1).

I.   DISCUSSION

   A.   **Filing Fee**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

1 **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

### B. Complaint Form

Under the local rules, a pro se plaintiff must file a civil rights complaint on the form provided by this Court or the complaint must be legible and contain substantially all the information called for by the Court's form. *See* Nev. Loc. R. Prac. LSR 2-1. Plaintiff's civil rights complaint is not on this Court's form and does not appear to contain the information called for by this Court's form. (*See* ECF No. 1-1). Plaintiff should file a complaint on this Court's approved form.

## II. CONCLUSION

It is therefore ordered that Plaintiff has **until February 7, 2025**, to accomplish the following two items:

    1) File his complaint using the correct form for federal court.

    2) Either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* on this Court's approved form with all three of the following required documents:

        (i) a completed application with the inmate's two signatures on page 3,

        (ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

        (iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

///

- 3 -

1  The Clerk of the Court is directed to send Plaintiff: (1) this Court's approved 42
2  U.S.C. § 1983 complaint form with instructions; (2) a copy of Plaintiff's complaint (ECF
3  No. 1-1); and (3) this Court's approved form application to proceed *in forma pauperis* for
4  an inmate with instructions.

6  DATED: January 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE